SHARPE & DRAKE *v.* HODGES, administrator.

CANDLER, J. This being a petition for injunction, and it appearing upon the face of the same that the plaintiffs in the court below have a complete and adequate remedy at law, and no good reason being shown for the interposition of a court of equity, the court below did not err in sustaining the demurrer and dismissing the petition.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 25, — Decided December 12, 1902.

Equitable petition. Before D. H. Pope, judge pro hac vice. Decatur superior court. May 14, 1902.

*Donalson, Fleming & Donalson, Z. D. Harrison,* and *A. L. Hawes,* for plaintiffs.

*B. B. Bower* and *A. H. Russell,* for defendant.

---

TAYLOR *et al.,* executors, *v.* WAINMAN.

SIMMONS, C. J. A quitclaim deed to land does not estop the maker to afterwards set up, as against his grantee, a title acquired subsequently to the making of such deed. *Morrison* v. *Whiteside,* 116 *Ga.* 459.

*Judgment reversed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 25,— Decided December 12, 1902.

Ejectment. Before Judge Spence. Decatur superior court. May 29, 1902.

*Donalson, Fleming & Donalson,* for plaintiffs.
*W. M. Harrell* and *A. H. Russell,* for defendant.